UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JACOB RESE and ALISON
RESE,
    Plaintiffs

v.                                                        C.A. No. 09-34 S

S/V SOLITAIRE, Official No. 644156
its rigging, engines, tackle, etc.,
In Rem, and GERALD L. DIAMOND,
In Personam,
    Defendants

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on November 13, 2009, in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed to the Report & Recommendation, the Plaintiffs' Motion for Summary Judgment and Motion to Disburse Funds are hereby GRANTED. Judgment shall enter for the Plaintiffs Jacob Rese and Alison Rese and against the Defendants S/V Solitaire and Gerald L. Diamond.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 12/3/09